**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BARRETT JORDAN**                                                                       **PLAINTIFF**

v.                                       **Case No. 4:20-cv-01407-LPR**

**DOES**                                                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge J. Thomas Ray. (Doc. 4). No objection has been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommended Disposition and the entire record, the Court adopts the Recommended Disposition in its entirety.

Accordingly, this case is DISMISSED without prejudice due to a lack of prosecution. *See* FED. R. CIV. P. 41(b) and Local Rule 5.5(c)(2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 19th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE